**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Advanced Marble & Granite, Inc** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **42-1541215** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **763 N Ralstin Street**<br>**Meridian, ID 83642**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Ada**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)     **advancedmarbleandgranite.com**

6. **Type of debtor**
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor   **Advanced Marble & Granite, Inc**   Case number (*if known*) _____
_____Name_____

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____7991_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | When _____ | | Case number _____ | |
| | District _____ | When _____ | | Case number _____ | |

Debtor   **Advanced Marble & Granite, Inc**
         _____
         Name

Case number (*if known*) _____

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ When _____ | | Case number, if known _____ |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____

         Contact name _____

         Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Advanced Marble & Granite, Inc**
Name

Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Debtor   **Advanced Marble & Granite, Inc**                                   Case number (*if known*) _____
        Name

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 21, 2024**
              _____
              MM / DD / YYYY

**X /s/ Donald D. Massey**                          **Donald D. Massey**
_____              _____
Signature of authorized representative of debtor    Printed name

Title   **President**
        _____

---

**18. Signature of attorney**

**X /s/ Patrick J. Geile**                          Date   **June 21, 2024**
_____                     _____
Signature of attorney for debtor                           MM / DD / YYYY

**Patrick J. Geile**
_____
Printed name

**Foley Freeman, PLLC**
_____
Firm name

**953 S. Industry Way
Meridian, ID 83642**
_____
Number, Street, City, State & ZIP Code

Contact phone   **(208) 888-9111**        Email address   **pgeile@foleyfreeman.com**
                _____                  _____

**6975 ID**
_____
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name     **Advanced Marble & Granite, Inc**

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **June 21, 2024**          *X* **/s/ Donald D. Massey**
_____            _____
                                    Signature of individual signing on behalf of debtor

                                    **Donald D. Massey**
                                    _____
                                    Printed name

                                    **President**
                                    _____
                                    Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Advanced Marble & Granite, Inc** |
| United States Bankruptcy Court for the: | **DISTRICT OF IDAHO** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Arizona Tile 1620 S. Lewis St. Anaheim, CA 92805 | | Business Debt | | | | $52,377.00 |
| Ataraxis 600 N Curtis Rd #101 Boise, ID 83706 | | Business Debt | | | | $176,313.00 |
| Caesarstone USA PO BOX 603791 Charlotte, NC 28260-3791 | | Business Debt | | | | $72,995.00 |
| CapitalOne 1680 Capital One Drive Mc Lean, VA 22102 | | Business Debt | | | | $115,000.00 |
| Cosentino 700 N Five Mile Rd Boise, ID 83704 | | Business Debt | | | | $117,115.00 |
| Daltile 12450 W Franklin Rd Ste 140 Boise, ID 83713 | | Business Debt | | | | $239,496.00 |
| Falcon Equipment Finance PO Box 843840 Dallas, TX 75284-3840 | | BACA Robo Saw #2 | | $201,311.00 | $95,000.00 | $106,311.00 |
| Forward Financing 53 State St 20th Floor Boston, MA 02109 | | Business Debt | | | | $79,311.00 |
| Francini 3615 E Pine Ave Meridian, ID 83642 | | Business Debt | | | | $56,829.00 |

Debtor    **Advanced Marble & Granite, Inc**                                    Case number *(if known)*

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **GranQuartz<br>PO Box 735320<br>Dallas, TX<br>75373-5320** | | **Business Debt** | | | | **$70,360.00** |
| **Hanmi Bank<br>PO Box 24986<br>Seattle, WA 98124** | | **Water Filtration #1** | | **$148,619.00** | **$65,000.00** | **$83,619.00** |
| **Headway Capital<br>175 W Jackson Blvd<br>Suite 1000<br>Chicago, IL 60604** | | **Business Debt** | | | | **$66,842.00** |
| **HomeTrust Bank<br>19520 W Catawba<br>Ave Ste 111B<br>Cornelius, NC 28031** | | **BACA Robo Saw #1** | | **$214,184.00** | **$95,000.00** | **$119,184.00** |
| **Lea Electric<br>2201 East<br>Commercial St.<br>Meridian, ID 83642** | | **Business Debt** | | | | **$255,792.00** |
| **MSI Seattle<br>19624 62nd Ave S<br>Kent, WA 98032** | | **Business Debt** | | | | **$123,052.00** |
| **National Funding<br>4380 La Jolla Village<br>Dr<br>San Diego, CA<br>92121** | | **Water Filtration #2** | | | | **$125,664.00** |
| **Royal Stone<br>112 N 700 W, #4B<br>BAY 1<br>Ogden, UT 84404** | | **Business Debt** | | | | **$95,546.00** |
| **Small Business<br>EIDL<br>P.O. Box 3918<br>Portland, OR<br>97208-3918** | | **Business Debt** | | | | **$149,647.00** |
| **Washington Trust<br>Bank<br>PO Box 2127<br>Spokane, WA<br>99210-2127** | | **Paladin CNC #1** | | **$282,327.00** | **$200,000.00** | **$82,327.00** |
| **Washington Trust<br>Bank<br>PO Box 2127<br>Spokane, WA<br>99210-2127** | | **Air Crane** | | **$89,531.00** | **$39,000.00** | **$50,531.00** |

**Fill in this information to identify the case:**

Debtor name    **Advanced Marble & Granite, Inc**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................. $    **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................. $    **5,711,659.70**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................ $    **5,711,659.70**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $    **2,562,870.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $    **24,728.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$    **2,193,365.00**

4.  **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b    $    **4,780,963.00**

**Fill in this information to identify the case:**

Debtor name    **Advanced Marble & Granite, Inc**

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an
    amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of Idaho** | **Checking** | **3484** | **$1,375.81** |
| 3.2. | **Washington Trust Bank** | **Checking** | **6062** | **$0.00** |
| 3.3. | **Washington Trust Bank** | **Checking** | **3635** | **$0.00** |
| 3.4. | **Washington Trust Bank** | **Credit Card** | **7078** | **$0.00** |
| 3.5. | **Foley Freeman, PLLC Retainer** | **Trust** | **n/a** | **$13,047.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | **$14,422.81** |
|---|---|

**Part 2:**    **Deposits and Prepayments**

Debtor  **Advanced Marble & Granite, Inc**                                    Case number *(If known)* _____
        Name

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

    8.1.  **Copium Investments - Rental Deposit on Shop**                    $18,786.40

    8.2.  **Ralstin LLC - Rental Deposit on Office**                          $9,607.63

9.    **Total of Part 2.**                                                  | $28,394.03 |
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
| --- | --- | --- | --- | --- | --- |
| 11a. 90 days old or less: | **277,567.85** | - | **0.00** | = .... | $277,567.85 |
| 11b. Over 90 days old: | **753,143.61** | - | **250,000.00** | =.... | $503,143.61 |

12.    **Total of Part 3.**                                                  | $780,711.46 |
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

19.    **Raw materials**

Debtor **Advanced Marble & Granite, Inc**　　　　　　　Case number *(If known)* _____
　　　Name

| Granite and Quartz Slabs | 5/31/2024 | $0.00 | Resale | $270,477.00 |
|---|---|---|---|---|
| Granite and Quartz Slabs - Stale | 5/31/2024 | $0.00 | Resale | $189,334.00 |

| 20. | **Work in progress** | | | | |
|---|---|---|---|---|---|
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** Sinks | 6/10/2024 | $0.00 | N/A | $22,124.40 |

| 23. | **Total of Part 5.** | $481,935.40 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Office Furniture - See Attachment A | $0.00 | N/A | $1,400.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office Eqipment - See Atachment A | $0.00 | N/A | $1,200.00 |

| Debtor | **Advanced Marble & Granite, Inc** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| |
|---|
| **$2,600.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Vehicles & Trailers - See Attachment A** | $0.00 | N/A | $40,400.00 |
| 47.2.  **1999 International Flatbed** | $0.00 | N/A | $7,500.00 |
| 47.3.  **2019 Ram 1500 Classic** | $0.00 | N/A | $9,900.00 |
| 47.4.  **2020 Ram 3500** | $0.00 | N/A | $39,000.00 |
| 47.5.  **2004 Dodge Ram 2500** | $0.00 | N/A | $8,600.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
|---|---|---|---|
| **Shop Equipment - See Attachment A** | $0.00 | N/A | $30,550.00 |
| **Equipment - See Attachment A** | $0.00 | N/A | $40,000.00 |
| **GMM Saw** | $0.00 | N/A | $95,000.00 |
| **Paladin CNC #1** | $0.00 | N/A | $200,000.00 |

Debtor    **Advanced Marble & Granite, Inc**                        Case number *(If known)* _____
Name

| | | | |
|---|---|---|---|
| **Paladin CNC #2** | $0.00 | N/A | $200,000.00 |
| **Paladin CNC #3** | $0.00 | N/A | $200,000.00 |
| **Paladin CNC #4** | $0.00 | N/A | $200,000.00 |
| **Air Compressor #1** | $0.00 | N/A | $65,000.00 |
| **Air Compressor #2** | $0.00 | N/A | $65,000.00 |
| **Water Filtration #1** | $0.00 | N/A | $65,000.00 |
| **Water Filtration #2** | $0.00 | N/A | $65,000.00 |
| **Air Crane** | $0.00 | N/A | $39,000.00 |
| **BACA Robo Saw #1** | $0.00 | N/A | $95,000.00 |
| **BACA Robo Saw #2** | $0.00 | N/A | $95,000.00 |
| **Saw, Equipment, Accounts, and Inventory** | $0.00 | N/A | $2,843,346.00 |

51.   **Total of Part 8.**                                                                  | $4,403,296.00 |

Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor    **Advanced Marble & Granite, Inc**                                    Case number *(If known)* _____
           Name

| 55.1. | **700 N Ralstin Street Meridian ID 83642 - Shop / Warehouse (Rented Property)** | Tenant | $0.00 | | $0.00 |
|---|---|---|---|---|---|
| 55.2. | **763 N Ralstin Street Meridian ID 83642 - Office (Rented Property)** | Tenant | $0.00 | | $0.00 |

| 56. | **Total of Part 9.** |  |
|---|---|---|
|  | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | $0.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** advancedmarbleandgranite.com | $0.00 | N/A | $300.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

| 66. | **Total of Part 10.** |  |
|---|---|---|
|  | Add lines 60 through 65. Copy the total to line 89. | $300.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

Debtor    **Advanced Marble & Granite, Inc**_____    Case number *(If known)* _____
        Name

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Advanced Marble & Granite, Inc**    Case number *(If known)* _____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $14,422.81 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $28,394.03 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $780,711.46 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $481,935.40 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,600.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,403,296.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $300.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,711,659.70 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,711,659.70 |

In re   **Advanced Marble & Granite, Inc** _____    Case No. _____
                                        Debtor(s)

### SCHEDULE A/B - PROPERTY
**Attachment A**

| Office Furniture | Value |
|---|---|
| Printer | $ 400.00 |
| File Cabinets | $ 500.00 |
| Chairs | $ 200.00 |
| Desks | $ 300.00 |
| | **$ 1,400.00** |

| Office Equipment | Value |
|---|---|
| PC's | $ 700.00 |
| Phones | $ 500.00 |
| | **$ 1,200.00** |

| Shop Equipment | Value |
|---|---|
| Forklifts | $ 3,000.00 |
| Racking | $ 1,000.00 |
| Pole Racks | $ 11,550.00 |
| Work Tables | $ 2,700.00 |
| Shop Aframes | $ 4,750.00 |
| Install Aframes | $ 2,250.00 |
| Slab Aframes | $ 5,000.00 |
| Small Dumpsters | $ 300.00 |
| | **$ 30,550.00** |

| Equipment | Value | Loan/Owned |
|---|---|---|
| GMM Line Polisher | $ 20,000.00 | Owned |
| Zoler | $ 20,000.00 | Owned |
| | **$ 40,000.00** | |

| Vehicles & Trailers | Value | Loan/Owned |
|---|---|---|
| 2003 Ford F250 | $ 500.00 | Owned |
| 2017 Ram 2500 | $ 9,000.00 | Owned |
| 2017 Ram 2500 | $ 9,000.00 | Owned |
| 2017 Ram 1500 | $ 8,000.00 | Owned |
| 2018 Mire Trailer | $ 1,000.00 | Owned |
| 2018 Mire Trailer | $ 1,000.00 | Owned |
| 2018 Mire Trailer | $ 1,000.00 | Owned |

| | | |
|---|---|---|
| 2019 RAM 1500 | $  9,900.00 | Owned |
| 2022 Mirage Trailer | $  1,000.00 | Owned |
| | **$ 40,400.00** | |

**Fill in this information to identify the case:**

Debtor name    **Advanced Marble & Granite, Inc**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Ally Auto** | Describe debtor's property that is subject to a lien | **$57,868.00** | **$39,000.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 78234**
**Phoenix, AZ 85062-8234**

Creditor's mailing address

**2020 Ram 3500**

**Describe the lien**
**Title Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/2021**

**Last 4 digits of account number**
**4988**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Ally Auto** | Describe debtor's property that is subject to a lien | $13,030.00 | $9,900.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 78234**
**Phoenix, AZ 85062-8234**

Creditor's mailing address

**2019 Ram 1500 Classic**

**Describe the lien**
**Title Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/2019**

**Last 4 digits of account number**
**5237**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor   **Advanced Marble & Granite, Inc**                                    Case number *(if known)*
_____
         Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Byline Financial Group** | **Describe debtor's property that is subject to a lien** | $153,253.00 | $200,000.00 |
|-----|---|---|---|---|

Creditor's Name

**BIN 88205**
**Milwaukee, WI 53288-8205**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Paladin CNC #4**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/2022**

**Last 4 digits of account number**
**3820**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **CIT Bank** | **Describe debtor's property that is subject to a lien** | $15,298.00 | $8,600.00 |
|-----|---|---|---|---|

Creditor's Name

**75 N Fair Oaks Ave Ste C**
**Pasadena, CA 91103-3647**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2004 Dodge Ram 2500**

**Describe the lien**
**Title Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/2022**

**Last 4 digits of account number**
**unknown**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **CIT Bank** | **Describe debtor's property that is subject to a lien** | $14,891.00 | $7,500.00 |
|-----|---|---|---|---|

Creditor's Name

**75 N Fair Oaks Ave Ste C**
**Pasadena, CA 91103-3647**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**1999 International Flatbed**

**Describe the lien**
**Title Lien**

**Is the creditor an insider or related party?**
■ No

---

| Debtor | **Advanced Marble & Granite, Inc** | Case number (if known) |
|---|---|---|
| | Name | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**10/2022**

☐ No

**Last 4 digits of account number**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**unknown**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Falcon Equipment Finance** | Describe debtor's property that is subject to a lien | $201,311.00 | $95,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **BACA Robo Saw #2** | | |

**PO Box 843840**
**Dallas, TX 75284-3840**

Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**2/2022**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**0000**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Hanmi Bank** | Describe debtor's property that is subject to a lien | $148,619.00 | $65,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Water Filtration #1** | | |

**PO Box 24986**
**Seattle, WA 98124**

Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**1/2022**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**3600**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.8 | **HomeTrust Bank** | Describe debtor's property that is subject to a lien | $214,184.00 | $95,000.00 |
|---|---|---|---|---|

---

Debtor  **Advanced Marble & Granite, Inc**                                      Case number (if known) _____
         Name

| | |
|---|---|
| Creditor's Name | **BACA Robo Saw #1** |
| **19520 W Catawba Ave Ste 111B** | |
| **Cornelius, NC 28031** | |
| Creditor's mailing address | **Describe the lien** |
| | **UCC** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| | ☐ No |
| **Date debt was incurred** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **7/2020** | |
| **Last 4 digits of account number** | |
| **5705** | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 | **Signature Financial** | **Describe debtor's property that is subject to a lien** | $152,520.00 | $200,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **Paladin CNC #3** |
| **PO Box 71278** | |
| **Philadelphia, PA** | |
| **19176-6278** | |
| Creditor's mailing address | **Describe the lien** |
| | **UCC** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| | ☐ No |
| **Date debt was incurred** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **1/2022** | |
| **Last 4 digits of account number** | |
| **7002** | **As of the petition filing date, the claim is:** |
| **Do multiple creditors have an interest in the same property?** | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.10 | **Signature Financial** | **Describe debtor's property that is subject to a lien** | $85,754.00 | $95,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **GMM Saw** |
| **PO Box 71278** | |
| **Philadelphia, PA** | |
| **19176-6278** | |
| Creditor's mailing address | **Describe the lien** |
| | **UCC** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| | ☐ No |
| **Date debt was incurred** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **10/2021** | |
| **Last 4 digits of account number** | |
| **7001** | |

Debtor  **Advanced Marble & Granite, Inc**                                    Case number (*if known*) _____
    Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 1** | **Washington Trust Bank** | Describe debtor's property that is subject to a lien | $82,758.00 | $2,843,346.00

    Creditor's Name

**PO Box 2127**
**Spokane, WA 99210-2127**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**All Equipment, Account and Inventory**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/2017**

**Last 4 digits of account number**
**unknown**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 2** | **Washington Trust Bank** | Describe debtor's property that is subject to a lien | $282,327.00 | $200,000.00

    Creditor's Name

**PO Box 2127**
**Spokane, WA 99210-2127**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Paladin CNC #1**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/2021**

**Last 4 digits of account number**
**3682**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 3** | **Washington Trust Bank** | Describe debtor's property that is subject to a lien | $89,531.00 | $39,000.00

    Creditor's Name

**PO Box 2127**
**Spokane, WA 99210-2127**

Describe debtor's property that is subject to a lien
**Air Crane**

---

Debtor  **Advanced Marble & Granite, Inc**

Name

Case number (if known)

---

Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
**4/2022**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2905**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 4 | **Washington Trust Bank** | **Describe debtor's property that is subject to a lien** | $367,846.00 | $2,843,346.00 |
|---|---|---|---|---|

Creditor's Name

**Saw / Equipment**

**PO Box 2127**
**Spokane, WA 99210-2127**

Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
**10/2021**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3682**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 5 | **Washington Trust Bank** | **Describe debtor's property that is subject to a lien** | $683,680.00 | $2,843,346.00 |
|---|---|---|---|---|

Creditor's Name

**All Equipment, Accounts and Inventory**

**PO Box 2127**
**Spokane, WA 99210-2127**

Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
**2/2018**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2366**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Advanced Marble & Granite, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $2,562,870.00

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Advanced Marble & Granite, Inc**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$24,728.00** | **$0.00** |
|---|---|---|---|---|
| | **Idaho State Tax Commission**<br>**Bankruptcy Division**<br>**PO BOX 36**<br>**Boise, ID 83722** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**5/2024** | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number **4808** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **IRS**<br>**PO BOX 7346**<br>**Philadelphia, PA 19101-7346** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**n/a** | Basis for the claim:<br>**Precautionary** | | |
| | Last 4 digits of account number **n/a** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

Debtor    **Advanced Marble & Granite, Inc**                                    Case number *(if known)* _____
_____
Name

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,039.00** |
|---|---|---|---|

**Ada County Treasurer**
**PO Box 2868**
**Boise, ID 83701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2023**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **rb01**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$325.00** |
|---|---|---|---|

**All Valley Fire Inspections**
**6401 S Eisenman Suite 101**
**Boise, ID 83716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2023**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,291.00** |
|---|---|---|---|

**Ally Auto**
**PO Box 78234**
**Phoenix, AZ 85062-8234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2019**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,566.00** |
|---|---|---|---|

**American Funds**
**Capital Research & Mngmnt Co**
**PO Box 659530**
**San Antonio, TX 78265-9530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2023**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **6342**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,113.00** |
|---|---|---|---|

**AMTrust North America**
**800 Superior Ave East**
**21st Floor**
**Cleveland, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2024**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **6680**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,180.00** |
|---|---|---|---|

**ANV lawn Care LLC**
**318 E. Kearney St.**
**Caldwell, ID 83605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **unknown**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **2023**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,377.00** |
|---|---|---|---|

**Arizona Tile**
**1620 S. Lewis St.**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2024**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **9722**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **Advanced Marble & Granite, Inc**                                      Case number *(if known)*
        _____                              _____
        Name

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,803.00 |

**Arnold Machinery Company**
**P.O. Box 30020**
**Salt Lake City, UT 84130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  12/2023**

**Basis for the claim:  Business Debt**

**Last 4 digits of account number  unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,848.00 |

**Ascot**
**540 SW Broad Street**
**Southern Pines, NC 28387**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2/2024**

**Basis for the claim:  Business Debt**

**Last 4 digits of account number  0210**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $176,313.00 |

**Ataraxis**
**600 N Curtis Rd #101**
**Boise, ID 83706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  4/2024**

**Basis for the claim:  Business Debt**

**Last 4 digits of account number  unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,056.00 |

**BACA Systems**
**101 Premier Drive**
**Lake Orion, MI 48359**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  7/2023**

**Basis for the claim:  Business Debt**

**Last 4 digits of account number  unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,763.00 |

**BB Industries**
**4100 Appalachian Way**
**Knoxville, TN 37918**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  4/2024**

**Basis for the claim:  Business Debt**

**Last 4 digits of account number  unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,216.00 |

**BBM Machine**
**1929 Isaac Shelby Drive**
**Shelbyville, KY 40065**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  8/2022**

**Basis for the claim:  Business Debt**

**Last 4 digits of account number  unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,146.00 |

**Bedrosians**
**4460 W Shaw Ave #197**
**Fresno, CA 93722**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  6/2024**

**Basis for the claim:  Business Debt**

**Last 4 digits of account number  unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Advanced Marble & Granite, Inc** _____    Case number (if known) _____
Name

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,332.00**

**C2C Resources, LLC**
**1455 Lincoln Pkwy E**
**Suite 550**
**Atlanta, GA 30346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2022**

**Basis for the claim:  Business Debt**

Last 4 digits of account number  **3944**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$72,995.00**

**Caesarstone USA**
**PO BOX 603791**
**Charlotte, NC 28260-3791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2022**

**Basis for the claim:  Business Debt**

Last 4 digits of account number  **6276**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,498.00**

**Cambria**
**P.O. Box 95005**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2023**

**Basis for the claim:  Business Debt**

Last 4 digits of account number  **unknown**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$115,000.00**

**CapitalOne**
**1680 Capital One Drive**
**Mc Lean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2018**

**Basis for the claim:  Business Debt**

Last 4 digits of account number  **2787**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75.00**

**Central Stone and Tile LLC**
**35 E Bower St. Ste B**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2024**

**Basis for the claim:  Business Debt**

Last 4 digits of account number  **unknown**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,455.00**

**Cetera Retirement Plan Spec.**
**2993 Momentum Place**
**Chicago, IL 60689-5327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2023**

**Basis for the claim:  Business Debt**

Last 4 digits of account number  **unknown**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,049.00**

**Chemcore Industries**
**PO Box 546**
**Brea, CA 92822-0546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2023**

**Basis for the claim:  Business Debt**

Last 4 digits of account number  **unknown**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Advanced Marble & Granite, Inc**                           Case number *(if known)* _____

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,270.00**

**Chigbrow, Ryan, Murata Chtd**
**250 S.5th St. Ste 150**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  3/2024**

**Basis for the claim:  Business Debt**

**Last 4 digits of account number  unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,293.00**

**Cincinnati Insurance Company**
**PO Box 145620**
**Cincinnati, OH 45250-5620**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  5/2024**

**Basis for the claim:  Business Debt**

**Last 4 digits of account number  1792**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,329.00**

**CIT Bank**
**75 N Fair Oaks Ave Ste C**
**Pasadena, CA 91103-3647**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  5/2024**

**Basis for the claim:  Business Debt**

**Last 4 digits of account number  unknown**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,067.00**

**City of Meridian**
**PO Box 670**
**Caldwell, ID 83606-0670**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  6/2007**

**Basis for the claim:  Business Debt**

**Last 4 digits of account number  unknown**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,480.00**

**CMIT Solutions Corp**
**272 SW 5th Ave**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  6/2024**

**Basis for the claim:  Business Debt**

**Last 4 digits of account number  unknown**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$360.00**

**Coelho Plumbing Service**
**PO Box 190962**
**Boise, ID 83719**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  6/2023**

**Basis for the claim:  Business Debt**

**Last 4 digits of account number  unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,549.00**

**Contempo**
**3732 South 300 West**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  4/2023**

**Basis for the claim:  Business Debt**

**Last 4 digits of account number  unknown**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Advanced Marble & Granite, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.29** | Nonpriority creditor's name and mailing address
**Cosentino**
**700 N Five Mile Rd**
**Boise, ID 83704**

Date(s) debt was incurred  5/2024

Last 4 digits of account number  8857

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$117,115.00**

---

**3.30** | Nonpriority creditor's name and mailing address
**Daltile**
**12450 W Franklin Rd Ste 140**
**Boise, ID 83713**

Date(s) debt was incurred  11/2022

Last 4 digits of account number  **unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$239,496.00**

---

**3.31** | Nonpriority creditor's name and mailing address
**Doctor Tile**
**2018 S Panorama Dr.**
**Nampa, ID 83686**

Date(s) debt was incurred  2/2024

Last 4 digits of account number  **unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$9,980.00**

---

**3.32** | Nonpriority creditor's name and mailing address
**ELC Legal Services**
**3142 W Belltower Dr.**
**Meridian, ID 83646**

Date(s) debt was incurred  2/2024

Last 4 digits of account number  **unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$3,742.00**

---

**3.33** | Nonpriority creditor's name and mailing address
**Environmental Abrasives WH**
**4301 S Federal Way**
**Boise, ID 83716**

Date(s) debt was incurred  3/2024

Last 4 digits of account number  **unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,826.00**

---

**3.34** | Nonpriority creditor's name and mailing address
**Ernest Packaging Solutions**
**5777 Smithway St.**
**Los Angeles, CA 90040**

Date(s) debt was incurred  1/2024

Last 4 digits of account number  **unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$548.00**

---

**3.35** | Nonpriority creditor's name and mailing address
**Ferrellgas**
**PO Box 173940**
**Denver, CO 80217-3940**

Date(s) debt was incurred  2/2024

Last 4 digits of account number  **unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,541.00**

---

| Debtor | Advanced Marble & Granite, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.36**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $922.00 |
|---|---|---|
| **Fire Extinguisher Co, Inc**<br>PO Box 1165<br>Meridian, ID 83680 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **1/2024** | **Basis for the claim:**  **Business Debt** | |
| Last 4 digits of account number  **unknown** | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.37**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $843.00 |
|---|---|---|
| **Fire Sentry Systems**<br>PO Box 730<br>Kuna, ID 83634 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **1/2024** | **Basis for the claim:**  **Business Debt** | |
| Last 4 digits of account number  **unknown** | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.38**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|
| **Fitzmark**<br>PO Box 010825<br>Milwaukee, WI 53288 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **10/2023** | **Basis for the claim:**  **Business Debt** | |
| Last 4 digits of account number  **unknown** | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.39**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $156.00 |
|---|---|---|
| **FloForm**<br>3983 E. Pine Ave Ste. 140<br>Meridian, ID 83642 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2/2023** | **Basis for the claim:**  **Business Debt** | |
| Last 4 digits of account number  **unknown** | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.40**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,900.00 |
|---|---|---|
| **Florida Tile**<br>998 Governors Lane Suite 250<br>Lexington, KY 40513 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **12/2023** | **Basis for the claim:**  **Business Debt** | |
| Last 4 digits of account number  **unknown** | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.41**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79,311.00 |
|---|---|---|
| **Forward Financing**<br>53 State St 20th Floor<br>Boston, MA 02109 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **3/2024** | **Basis for the claim:**  **Business Debt** | |
| Last 4 digits of account number  **unknown** | Is the claim subject to offset? ☒ No ☐ Yes | |

---

**3.42**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,829.00 |
|---|---|---|
| **Francini**<br>3615 E Pine Ave<br>Meridian, ID 83642 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **6/2024** | **Basis for the claim:**  **Business Debt** | |
| Last 4 digits of account number  **unknown** | Is the claim subject to offset? ☒ No ☐ Yes | |

---

Debtor  **Advanced Marble & Granite, Inc** _____     Case number _(if known)_ _____
         Name

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $3,734.00 |

**Granite Innovations LLC**
**5519 Buckboard Ave**
**Caldwell, ID 83607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __12/2023__

Basis for the claim:  **Business Debt**

Last 4 digits of account number  __unknown__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $70,360.00 |

**GranQuartz**
**PO Box 735320**
**Dallas, TX 75373-5320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/2022__

Basis for the claim:  **Business Debt**

Last 4 digits of account number  __6459__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,822.00 |

**Great America Financial Serv**
**PO Box 660831**
**Dallas, TX 75266-0831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2/2024__

Basis for the claim:  **Business Debt**

Last 4 digits of account number  __unknown__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $66,842.00 |

**Headway Capital**
**175 W Jackson Blvd**
**Suite 1000**
**Chicago, IL 60604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/2023__

Basis for the claim:  **Business Debt**

Last 4 digits of account number  __9099__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,109.00 |

**Helix Professional Tools**
**P.O. Box 5755**
**Vernon Hills, IL 60061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __1/2024__

Basis for the claim:  **Business Debt**

Last 4 digits of account number  __unknown__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $39,221.00 |

**HomeTrust Bank**
**19520 W Catawba Ave Ste 111B**
**Cornelius, NC 28031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/2023__

Basis for the claim:  **Paladin CNC #2**

Last 4 digits of account number  __9099__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $426.00 |

**Idaho Power**
**PO Box 5381**
**Carol Stream, IL 60197-5381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __1/2010__

Basis for the claim:  **Business Debt**

Last 4 digits of account number  __unknown__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Advanced Marble & Granite, Inc**                                   Case number *(if known)* _____
_____
Name

| 3.50 | Intermountain Gas Company | As of the petition filing date, the claim is: *Check all that apply.* | $2,997.00 |
|---|---|---|---|

**3.50** Intermountain Gas Company
P.O. Box 5600
Bismarck, ND 58506-5600

As of the petition filing date, the claim is: *Check all that apply.*          **$2,997.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2024**

Last 4 digits of account number  **unknown**        Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address
JB Templates
8734 West Donnybrook Drive
Boise, ID 83709

As of the petition filing date, the claim is: *Check all that apply.*          **$544.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/2024**

Last 4 digits of account number  **unknown**        Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.52** Nonpriority creditor's name and mailing address
Lea Electric
2201 East Commercial St.
Meridian, ID 83642

As of the petition filing date, the claim is: *Check all that apply.*          **$255,792.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2022**

Last 4 digits of account number  **unknown**        Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.53** Nonpriority creditor's name and mailing address
Les Schwab
PO Box 35181
Seattle, WA 98124-5181

As of the petition filing date, the claim is: *Check all that apply.*          **$6,036.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2024**

Last 4 digits of account number  **4997**          Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.54** Nonpriority creditor's name and mailing address
Lumen
PO BOX 52187
Phoenix, AZ 85072-2187

As of the petition filing date, the claim is: *Check all that apply.*          **$1,363.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2023**

Last 4 digits of account number  **unknown**        Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.55** Nonpriority creditor's name and mailing address
Medusa Granite Works LLC
465 E. Santiago Dr
Meridian, ID 83646

As of the petition filing date, the claim is: *Check all that apply.*          **$48,554.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2024**

Last 4 digits of account number  **unknown**        Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.56** Nonpriority creditor's name and mailing address
Midwest Floor Coverings, Inc
PO Box 561251
Denver, CO 80256

As of the petition filing date, the claim is: *Check all that apply.*          **$10,904.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2023**

Last 4 digits of account number  **9659**          Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Advanced Marble & Granite, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.57** | Nonpriority creditor's name and mailing address | | $2,392.00

**Mohawk Carpet Distribution**
**PO Box 845059**
**Los Angeles, CA 90084-5059**

Date(s) debt was incurred  **12/2023**

Last 4 digits of account number  **3321**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | | $10,283.00

**Mozaik Surface Concepts, LLC**
**14761 S. Future Way Ste. 101**
**Draper, UT 84020**

Date(s) debt was incurred  **11/2023**

Last 4 digits of account number  **unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | | $123,052.00

**MSI Seattle**
**19624 62nd Ave S**
**Kent, WA 98032**

Date(s) debt was incurred  **12/2023**

Last 4 digits of account number  **ADMG**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | | $125,664.00

**National Funding**
**4380 La Jolla Village Dr**
**San Diego, CA 92121**

Date(s) debt was incurred  **2/2024**

Last 4 digits of account number  **unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Water Filtration #2**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | | $36,118.00

**Paige Mechanical**
**P.O. Box 170360**
**Boise, ID 83717**

Date(s) debt was incurred  **11/2022**

Last 4 digits of account number  **unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | | $708.00

**Quality Appliance Service**
**1524 NW 8th St, Suite B**
**Meridian, ID 83642**

Date(s) debt was incurred  **4/2023**

Last 4 digits of account number  **unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | | $9,607.00

**Ralstin, LLC**
**1676 N. Clarendon Way**
**Eagle, ID 83616**

Date(s) debt was incurred  **5/2024**

Last 4 digits of account number  **unknown**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Advanced Marble & Granite, Inc** | Case number (if known) | |
| | Name | | |

| | |
|---|---|
| **3.64** | **Nonpriority creditor's name and mailing address** |

**3.64**

**Nonpriority creditor's name and mailing address**
**Rock Bottom Granite**
**5103 N Sawyer Ave**
**Garden City, ID 83714**

**Date(s) debt was incurred  10/2023**

**Last 4 digits of account number  unknown**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,773.00**

---

**3.65**

**Nonpriority creditor's name and mailing address**
**Rogers Machinery Company**
**LB 1502, PO Box 35142**
**Seattle, WA 98124-5142**

**Date(s) debt was incurred  3/2024**

**Last 4 digits of account number  4294**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,490.00**

---

**3.66**

**Nonpriority creditor's name and mailing address**
**Royal Stone**
**112 N 700 W, #4B BAY 1**
**Ogden, UT 84404**

**Date(s) debt was incurred  9/2023**

**Last 4 digits of account number  unknown**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$95,546.00**

---

**3.67**

**Nonpriority creditor's name and mailing address**
**Sawcutting Specialties**
**4224 W Chinden Blvd**
**Garden City, ID 83714**

**Date(s) debt was incurred  5/2024**

**Last 4 digits of account number  unknown**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,707.00**

---

**3.68**

**Nonpriority creditor's name and mailing address**
**SelectHealth**
**PO Box 27368**
**Salt Lake City, UT 84127-0368**

**Date(s) debt was incurred  2/2024**

**Last 4 digits of account number  0483**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10,248.00**

---

**3.69**

**Nonpriority creditor's name and mailing address**
**Small Business EIDL**
**P.O. Box 3918**
**Portland, OR 97208-3918**

**Date(s) debt was incurred  6/2020**

**Last 4 digits of account number  8009**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$149,647.00**

---

**3.70**

**Nonpriority creditor's name and mailing address**
**Sparklight**
**PO Box 78000**
**Phoenix, AZ 85062**

**Date(s) debt was incurred  6/2024**

**Last 4 digits of account number  2947**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$344.00**

---

| Debtor | **Advanced Marble & Granite, Inc** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,729.00 |
|---|---|---|---|

**Stark Properties LLC**
**16835 Algonquin St. #344**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/2024**

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number  **unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $318.00 |
|---|---|---|---|

**T3 Enterprises, Inc**
**DBA Teply & Associates**
**P.O. Box 205**
**Melba, ID 83641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2024**

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number  **unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74.00 |
|---|---|---|---|

**The Onhold Experience**
**18124 Wedge Parkway #454**
**Reno, NV 89511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2023**

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number  **unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47.00 |
|---|---|---|---|

**Treasure Valley Coffee Inc**
**11875 President Dr**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/2023**

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number  **unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,797.00 |
|---|---|---|---|

**Turrini USA Corp**
**21 Croft Drive**
**Fountainville, PA 18923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2023**

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number  **unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**URS Agents, LLC**
**3675 Crestwood Parkway**
**Suite 350**
**Duluth, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2024**

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number  **unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $984.00 |
|---|---|---|---|

**Verizon Wireless**
**PO Box 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2024**

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number  **unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Advanced Marble & Granite, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,386.00** |
|---|---|---|---|

**Williams Scotsman, Inc**
PO Box 91975
Chicago, IL 60693-1975

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/2023

**Basis for the claim:**  Business Debt

Last 4 digits of account number  4433

Is the claim subject to offset?  ■ No  ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 24,728.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,193,365.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,218,093.00 |

**Fill in this information to identify the case:**

Debtor name    **Advanced Marble & Granite, Inc**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)  _____

☐ Check if this is an
  amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest    **Property Lease - Shop / Warehouse** | |
| State the term remaining    **11/1/2022** | **Copium Investments** |
| List the contract number of any government contract    _____ | **PO BOX 2414** **Eagle, ID 83616** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest    **Property Lease - Office** | |
| State the term remaining    **3/1/2023** | **Ralstin, LLC** |
| List the contract number of any government contract    _____ | **1676 N Clarendon Way** **Eagle, ID 83616** |

**Fill in this information to identify the case:**

Debtor name  **Advanced Marble & Granite, Inc**

United States Bankruptcy Court for the:  DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 206H
## Schedule H: Your Codebtors                                           12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Donald D. Massey | 9487 S. Palenta Kuna, ID 83634 | Ally Auto | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 | Donald D. Massey | 9487 S. Palenta Kuna, ID 83634 | Ally Auto | ☑ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.3 | Donald D. Massey | 9487 S. Palenta Kuna, ID 83634 | Byline Financial Group | ☑ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.4 | Donald D. Massey | 9487 S. Palenta Kuna, ID 83634 | CIT Bank | ☑ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.5 | Donald D. Massey | 9487 S. Palenta Kuna, ID 83634 | CIT Bank | ☑ D __2.5__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Advanced Marble & Granite, Inc** | | Case number *(if known)* | |

▉ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Donald D. Massey | 9487 S. Palenta Kuna, ID 83634 | Falcon Equipment Finance | ■ D ___2.6___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | Donald D. Massey | 9487 S. Palenta Kuna, ID 83634 | Hanmi Bank | ■ D ___2.7___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.8 | Donald D. Massey | 9487 S. Palenta Kuna, ID 83634 | HomeTrust Bank | ■ D ___2.8___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.9 | Donald D. Massey | 9487 S. Palenta Kuna, ID 83634 | Signature Financial | ■ D ___2.9___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.10 | Donald D. Massey | 9487 S. Palenta Kuna, ID 83634 | Signature Financial | ■ D ___2.10___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.11 | Donald D. Massey | 9487 S. Palenta Kuna, ID 83634 | Washington Trust Bank | ■ D ___2.11___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.12 | Donald D. Massey | 9487 S. Palenta Kuna, ID 83634 | Washington Trust Bank | ■ D ___2.12___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.13 | Donald D. Massey | 9487 S. Palenta Kuna, ID 83634 | Washington Trust Bank | ■ D ___2.13___ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Advanced Marble & Granite, Inc** | Case number *(if known)* | |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 **Donald D. Massey** | 9487 S. Palenta<br>Kuna, ID 83634 | **Washington Trust Bank** | ■ D ___2.14___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 **Donald D. Massey** | 9487 S. Palenta<br>Kuna, ID 83634 | **Washington Trust Bank** | ■ D ___2.15___<br>☐ E/F _____<br>☐ G _____ |
| 2.16 **Donald D. Massey** | 9487 S. Palenta<br>Kuna, ID 83634 | **Arizona Tile** | ☐ D _____<br>■ E/F ___3.7___<br>☐ G _____ |
| 2.17 **Donald D. Massey** | 9487 S. Palenta<br>Kuna, ID 83634 | **CapitalOne** | ☐ D _____<br>■ E/F ___3.18___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Advanced Marble & Granite, Inc**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:   Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$3,195,173.03** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$7,786,876.63** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$11,759,122.47** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25
and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Advanced Marble & Granite, Inc**                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **See Attached** | **3/1/2024 - 6/8/2024** | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Monthly Payments** |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Donald D. Massey**<br>**9487 S. Palenta**<br>**Kuna, ID 83634**<br>**President** | **2/20/2024 - $5,000**<br>**3/20/2024 - $6,000**<br>**5/21/2024 - $5,000** | **$16,000.00** | **Loan Repayment** |

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.  **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

Debtor   **Advanced Marble & Granite, Inc**   Case number *(if known)* _____

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Foley Freeman, PLLC**<br>**953 S. Industry Way**<br>**Meridian, ID 83642** | **Attorney Fees** | **5/6/2024**<br>**6/19/2024** | **$30,000.00** |
| | **Email or website address**<br>**pgeile@foleyfreeman.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

Debtor    **Advanced Marble & Granite, Inc**                                    Case number *(if known)*

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2266 E Commercial Street Meridian, ID 83642** | **2006 - 2024** |

---

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

---

| Debtor | **Advanced Marble & Granite, Inc** | Case number *(if known)* | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

Debtor    **Advanced Marble & Granite, Inc**                                    Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.    **Artisan Stone**<br>**125 Central Ave, Unit 1E**<br>**Bozeman, MT 59718** | **Stone countertop fabrication** | **Dates business existed**<br>EIN:    **85-1252714**<br>From-To    **2020 - 2021** |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Amy Gallegos**<br>**CHIGBROW •RYAN• MURATA CPA**<br>**250 S 5th St, Suite 150**<br>**Boise, ID 83702** | **2014 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Amy Gallegos**<br>**CHIGBROW •RYAN• MURATA CPA**<br>**250 S 5th St, Suite 150**<br>**Boise, ID 83702** | **2014 - Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.    **Amy Gallegos**<br>**CHIGBROW •RYAN• MURATA CPA**<br>**250 S 5th St, Suite 150**<br>**Boise, ID 83702** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Washington Trust Bank**<br>**PO Box 2127**<br>**Spokane, WA 99210-2127** |
| 26d.2.    **Bank of Idaho**<br>**10556 W Fairview Ave**<br>**Boise, ID 83704** |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

Debtor   **Advanced Marble & Granite, Inc**                              Case number *(if known)* _____

|  | **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|---|
| 27.1. | **KeriAnn Harmon** | **5/31/2024** | **$901,592.72** |
|  | **Name and address of the person who has possession of inventory records** | | |
|  | **KeriAnn Harmon**<br>**2005 W Grouse St**<br>**Nampa, ID 83651** | | |
| 27.2. | **KeriAnn Harmon** | **5/1/2024** | **$888,465.94** |
|  | **Name and address of the person who has possession of inventory records** | | |
|  | **KeriAnn Harmon**<br>**2005 W Grouse St**<br>**Nampa, ID 83651** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Donald D. Massey** | **9487 S. Palenta**<br>**Kuna, ID 83634** | **President** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

|  | **Name and address of recipient** | **Amount of money or description and value of property** | **Dates** | **Reason for providing the value** |
|---|---|---|---|---|
| 30.1. | **Donald D. Massey**<br>**9487 S. Palenta**<br>**Kuna, ID 83634** | **$16,000** | **2/20/2024 - $5,000**<br>**3/20/2024 - $6,000**<br>**5/21/2024 - $5,000** | |
|  | **Relationship to debtor**<br>**President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

Debtor    **Advanced Marble & Granite, Inc**                                      Case number *(if known)* _____

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

Debtor   **Advanced Marble & Granite, Inc**                          Case number *(if known)* _____

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 21, 2024**

**/s/ Donald D. Massey**                              **Donald D. Massey**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

In re  **Advanced Marble & Granite, Inc**                                       Case No.  _____

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS
## Attachment A

8:26 AM

06/21/24

**Advanced Marble and Granite, Inc.**
**Transaction List by Vendor**
March 1 through June 20, 2024

| Type | Date | Num | Account | Clr | Credit |
|------|------|-----|---------|-----|--------|
| **AMTrust North America** | | | | | |
| Bill Pmt -Check | 03/26/2024 | ACH | 1035 · WA TRUST # 6062 | X | 8,802.00 |
| **Arizona Tile** | | | | | |
| Bill Pmt -Check | 03/28/2024 | 8576 | 1035 · WA TRUST # 6062 | X | 20,557.34 |
| Bill Pmt -Check | 04/03/2024 | 8585 | 1035 · WA TRUST # 6062 | X | 7,985.34 |
| Bill Pmt -Check | 04/16/2024 | 8597 | 1035 · WA TRUST # 6062 | X | 8,007.48 |
| Bill Pmt -Check | 05/06/2024 | 502 | 1000 · Bank of Idaho #3483 | | 16,320.87 |
| Bill Pmt -Check | 06/20/2024 | 1037 | 1000 · Bank of Idaho #3483 | | 8,007.46 |
| **Ascot** | | | | | |
| Bill Pmt -Check | 06/18/2024 | ACH | 1000 · Bank of Idaho #3483 | | 28,032.00 |
| **Ataraxis** | | | | | |
| Bill Pmt -Check | 03/01/2024 | ACH | 1030 · WA PAYROLL #3635 | X | 30,000.00 |
| Bill Pmt -Check | 03/08/2024 | ach | 1030 · WA PAYROLL #3635 | X | 19,600.00 |
| Bill Pmt -Check | 03/10/2024 | ach | 1030 · WA PAYROLL #3635 | X | 10,000.00 |
| Bill Pmt -Check | 03/19/2024 | ACH | 1030 · WA PAYROLL #3635 | X | 25,000.00 |
| Bill Pmt -Check | 03/25/2024 | ACH | 1030 · WA PAYROLL #3635 | X | 74,936.15 |
| Bill Pmt -Check | 03/25/2024 | ACH | 1030 · WA PAYROLL #3635 | X | 60,000.00 |
| Bill Pmt -Check | 03/28/2024 | ACH | 1030 · WA PAYROLL #3635 | X | 10,000.00 |
| Bill Pmt -Check | 04/03/2024 | ACH | 1030 · WA PAYROLL #3635 | X | 49,503.46 |
| Bill Pmt -Check | 04/11/2024 | ACH | 1030 · WA PAYROLL #3635 | X | 20,000.00 |
| Bill Pmt -Check | 04/12/2024 | ACH | 1030 · WA PAYROLL #3635 | X | 10,000.00 |
| Bill Pmt -Check | 04/17/2024 | ACH | 1030 · WA PAYROLL #3635 | X | 10,000.00 |
| Bill Pmt -Check | 04/22/2024 | ACH | 1030 · WA PAYROLL #3635 | X | 20,000.00 |
| Bill Pmt -Check | 05/10/2024 | ACH | 1000 · Bank of Idaho #3483 | | 65,000.00 |
| Bill Pmt -Check | 05/17/2024 | ACH | 1000 · Bank of Idaho #3483 | | 50,539.10 |
| Bill Pmt -Check | 05/24/2024 | ACH | 1000 · Bank of Idaho #3483 | | 50,000.00 |
| Bill Pmt -Check | 05/29/2024 | ACH | 1000 · Bank of Idaho #3483 | | 30,000.00 |
| Bill Pmt -Check | 06/04/2024 | ACH | 1000 · Bank of Idaho #3483 | | 10,000.00 |
| Bill Pmt -Check | 06/06/2024 | ACH | 1000 · Bank of Idaho #3483 | | 10,000.00 |
| Bill Pmt -Check | 06/07/2024 | ACH | 1000 · Bank of Idaho #3483 | | 10,000.00 |
| Bill Pmt -Check | 06/10/2024 | ACH | 1000 · Bank of Idaho #3483 | | 38,000.00 |
| Bill Pmt -Check | 06/17/2024 | ACH | 1000 · Bank of Idaho #3483 | | 10,000.00 |
| Bill Pmt -Check | 06/18/2024 | ACH | 1000 · Bank of Idaho #3483 | | 10,000.00 |
| **Bedrosians** | | | | | |
| Bill Pmt -Check | 05/20/2024 | 1005 | 1000 · Bank of Idaho #3483 | | 10,076.62 |
| **Byline Financial Group** | | | | | |
| Bill Pmt -Check | 05/21/2024 | 1010 | 1000 · Bank of Idaho #3483 | | 12,062.40 |
| **Cincinnati Insurance Company** | | | | | |
| Bill Pmt -Check | 03/20/2024 | ACH | 1035 · WA TRUST # 6062 | X | 8,420.00 |
| Bill Pmt -Check | 05/23/2024 | ACH | 1000 · Bank of Idaho #3483 | | 16,162.00 |
| **Copium Investments** | | | | | |
| Bill Pmt -Check | 03/13/2024 | ACH | 1035 · WA TRUST # 6062 | X | 23,135.53 |
| Bill Pmt -Check | 04/03/2024 | ACH | 1035 · WA TRUST # 6062 | X | 16,002.49 |
| Bill Pmt -Check | 05/14/2024 | ACH | 1000 · Bank of Idaho #3483 | | 16,696.21 |
| Bill Pmt -Check | 06/07/2024 | ACH | 1000 · Bank of Idaho #3483 | | 25,247.35 |

Page 1

8:26 AM

06/21/24

# Advanced Marble and Granite, Inc.
## Transaction List by Vendor
### March 1 through June 20, 2024

| Type | Date | Num | Account | Clr | Credit |
|------|------|-----|---------|-----|--------|
| **Cosentino** | | | | | |
| Bill Pmt -Check | 03/13/2024 | 8559 | 1035 · WA TRUST # 6062 | X | 16,301.48 |
| Bill Pmt -Check | 03/19/2024 | offset | 1035 · WA TRUST # 6062 | X | 8,466.60 |
| Bill Pmt -Check | 04/16/2024 | offset | 1035 · WA TRUST # 6062 | X | 12,006.21 |
| Bill Pmt -Check | 04/23/2024 | offset | 1035 · WA TRUST # 6062 | X | 9,471.62 |
| Bill Pmt -Check | 05/02/2024 | 500 | 1000 · Bank of Idaho #3483 | | 13,169.63 |
| Bill Pmt -Check | 05/07/2024 | 505 | 1000 · Bank of Idaho #3483 | | 11,449.04 |
| Bill Pmt -Check | 05/16/2024 | offset | 1035 · WA TRUST # 6062 | | 10,126.04 |
| Bill Pmt -Check | 05/23/2024 | offset | 1035 · WA TRUST # 6062 | | 20,685.13 |
| Bill Pmt -Check | 05/28/2024 | offset | 1000 · Bank of Idaho #3483 | | 9,943.19 |
| Bill Pmt -Check | 06/04/2024 | 1024 | 1000 · Bank of Idaho #3483 | | 16,883.22 |
| Bill Pmt -Check | 06/11/2024 | offset | 1000 · Bank of Idaho #3483 | | 9,638.55 |
| **Cost Less Carpet- Boise** | | | | | |
| Bill Pmt -Check | 03/01/2024 | offset | 1035 · WA TRUST # 6062 | X | 96,323.04 |
| Bill Pmt -Check | 04/04/2024 | offset | 1035 · WA TRUST # 6062 | X | 69,739.25 |
| Bill Pmt -Check | 05/01/2024 | offset | 1035 · WA TRUST # 6062 | | 92,493.33 |
| Bill Pmt -Check | 05/31/2024 | offset | 1000 · Bank of Idaho #3483 | | 117,596.30 |
| **Daltile** | | | | | |
| Bill Pmt -Check | 03/28/2024 | ACH | 1035 · WA TRUST # 6062 | X | 8,350.00 |
| Bill Pmt -Check | 04/30/2024 | ACH | 1035 · WA TRUST # 6062 | X | 8,350.00 |
| **Falcon Equipment Finance** | | | | | |
| Bill Pmt -Check | 04/11/2024 | 8592 | 1035 · WA TRUST # 6062 | X | 7,814.84 |
| **Francini Inc** | | | | | |
| Bill Pmt -Check | 05/21/2024 | 1012 | 1000 · Bank of Idaho #3483 | | 47,366.85 |
| **Headway Capital** | | | | | |
| Bill Pmt -Check | 04/01/2024 | ACH | 1030 · WA PAYROLL #3635 | X | 11,275.63 |
| **Idaho State Tax Commission** | | | | | |
| Bill Pmt -Check | 03/13/2024 | ACH | 1035 · WA TRUST # 6062 | X | 15,612.90 |
| Bill Pmt -Check | 03/13/2024 | ACH | 1035 · WA TRUST # 6062 | X | 12,420.00 |
| Bill Pmt -Check | 04/17/2024 | ACH | 1035 · WA TRUST # 6062 | X | 12,420.00 |
| Bill Pmt -Check | 04/23/2024 | ACH | 1035 · WA TRUST # 6062 | X | 9,075.72 |
| **Nick Ceron Tile** | | | | | |
| Bill Pmt -Check | 03/27/2024 | 8574 | 1035 · WA TRUST # 6062 | X | 19,520.65 |
| **Ralstin, LLC** | | | | | |
| Bill Pmt -Check | 03/13/2024 | 8558 | 1035 · WA TRUST # 6062 | X | 8,800.00 |
| Bill Pmt -Check | 04/03/2024 | 8587 | 1035 · WA TRUST # 6062 | X | 9,607.63 |
| Bill Pmt -Check | 05/14/2024 | 1003 | 1000 · Bank of Idaho #3483 | | 9,607.63 |
| **SelectHealth** | | | | | |
| Bill Pmt -Check | 03/20/2024 | 8563 | 1035 · WA TRUST # 6062 | X | 10,575.00 |
| Bill Pmt -Check | 05/01/2024 | ACH | 1000 · Bank of Idaho #3483 | | 9,623.00 |
| Bill Pmt -Check | 05/31/2024 | ACH | 1000 · Bank of Idaho #3483 | | 9,818.00 |
| **Stark Properties LLC** | | | | | |
| Bill Pmt -Check | 03/20/2024 | 8564 | 1035 · WA TRUST # 6062 | X | 7,728.57 |
| Bill Pmt -Check | 04/03/2024 | 8586 | 1035 · WA TRUST # 6062 | X | 7,728.57 |
| **Washington Trust Bank (CashFlow)** | | | | | |
| Bill Pmt -Check | 03/28/2024 | ACH | 1035 · WA TRUST # 6062 | X | 17,258.07 |

## United States Bankruptcy Court
### District of Idaho

In re  **Advanced Marble & Granite, Inc**

Debtor(s)

Case No. _____

Chapter  **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June 21, 2024**

Signature  **/s/ Donald D. Massey**

**Donald D. Massey**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### District of Idaho

In re  **Advanced Marble & Granite, Inc**

Debtor(s)

Case No.

Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June 21, 2024**

**/s/ Donald D. Massey**

**Donald D. Massey/President**
Signer/Title

Ada County Treasurer
PO Box 2868
Boise, ID 83701


All Valley Fire Inspections
6401 S Eisenman Suite 101
Boise, ID 83716


Ally Auto
PO Box 78234
Phoenix, AZ 85062-8234


American Funds
Capital Research  Mngmnt Co
PO Box 659530
San Antonio, TX 78265-9530


AMTrust North America
800 Superior Ave East
21st Floor
Cleveland, OH 44114


ANV lawn Care LLC
318 E. Kearney St.
Caldwell, ID 83605

Arizona Tile
1620 S. Lewis St.
Anaheim, CA 92805


Arnold Machinery Company
P.O. Box 30020
Salt Lake City, UT 84130


Ascot
540 SW Broad Street
Southern Pines, NC 28387


Ataraxis
600 N Curtis Rd #101
Boise, ID 83706


BACA Systems
101 Premier Drive
Lake Orion, MI 48359


BB Industries
4100 Appalachian Way
Knoxville, TN 37918

BBM Machine
1929 Isaac Shelby Drive
Shelbyville, KY 40065


Bedrosians
4460 W Shaw Ave #197
Fresno, CA 93722


Byline Financial Group
BIN 88205
Milwaukee, WI 53288-8205


C2C Resources, LLC
1455 Lincoln Pkwy E
Suite 550
Atlanta, GA 30346


Caesarstone USA
PO BOX 603791
Charlotte, NC 28260-3791


Cambria
P.O. Box 95005
Chicago, IL 60694

```
CapitalOne
1680 Capital One Drive
Mc Lean, VA 22102


Central Stone and Tile LLC
35 E Bower St. Ste B
Meridian, ID 83642


Cetera Retirement Plan Spec.
2993 Momentum Place
Chicago, IL 60689-5327


Chemcore Industries
PO Box 546
Brea, CA 92822-0546


Chigbrow, Ryan, Murata Chtd
250 S.5th St. Ste 150
Boise, ID 83702


Cincinnati Insurance Company
PO Box 145620
Cincinnati, OH 45250-5620
```

CIT Bank
75 N Fair Oaks Ave Ste C
Pasadena, CA 91103-3647


City of Meridian
PO Box 670
Caldwell, ID 83606-0670


CMIT Solutions Corp
272 SW 5th Ave
Meridian, ID 83642


Coelho Plumbing Service
PO Box 190962
Boise, ID 83719


Contempo
3732 South 300 West
Salt Lake City, UT 84115


Cosentino
700 N Five Mile Rd
Boise, ID 83704

Daltile
12450 W Franklin Rd Ste 140
Boise, ID 83713


Doctor Tile
2018 S Panorama Dr.
Nampa, ID 83686


Donald D. Massey
9487 S. Palenta
Kuna, ID 83634


ELC Legal Services
3142 W Belltower Dr.
Meridian, ID 83646


Environmental Abrasives WH
4301 S Federal Way
Boise, ID 83716


Ernest Packaging Solutions
5777 Smithway St.
Los Angeles, CA 90040

Falcon Equipment Finance
PO Box 843840
Dallas, TX 75284-3840


Ferrellgas
PO Box 173940
Denver, CO 80217-3940


Fire Extinguisher Co, Inc
PO Box 1165
Meridian, ID 83680


Fire Sentry Systems
PO Box 730
Kuna, ID 83634


Fitzmark
PO Box 010825
Milwaukee, WI 53288


FloForm
3983 E. Pine Ave Ste. 140
Meridian, ID 83642

```
Florida Tile
998 Governors Lane Suite 250
Lexington, KY 40513


Forward Financing
53 State St 20th Floor
Boston, MA 02109


Francini
3615 E Pine Ave
Meridian, ID 83642


Granite Innovations LLC
5519 Buckboard Ave
Caldwell, ID 83607


GranQuartz
PO Box 735320
Dallas, TX 75373-5320


Great America Financial Serv
PO Box 660831
Dallas, TX 75266-0831
```

Hanmi Bank
PO Box 24986
Seattle, WA 98124


Headway Capital
175 W Jackson Blvd
Suite 1000
Chicago, IL 60604


Helix Professional Tools
P.O. Box 5755
Vernon Hills, IL 60061


HomeTrust Bank
19520 W Catawba Ave Ste 111B
Cornelius, NC 28031


Idaho Power
PO Box 5381
Carol Stream, IL 60197-5381


Idaho State Tax Commission
Bankruptcy Division
PO BOX 36
Boise, ID 83722

Intermountain Gas Company
P.O. Box 5600
Bismarck, ND 58506-5600


IRS
PO BOX 7346
Philadelphia, PA 19101-7346


JB Templates
8734 West Donnybrook Drive
Boise, ID 83709


Lea Electric
2201 East Commercial St.
Meridian, ID 83642


Les Schwab
PO Box 35181
Seattle, WA 98124-5181


Lumen
PO BOX 52187
Phoenix, AZ 85072-2187

Medusa Granite Works LLC
465 E. Santiago Dr
Meridian, ID 83646


Midwest Floor Coverings, Inc
PO Box 561251
Denver, CO 80256


Mohawk Carpet Distribution
PO Box 845059
Los Angeles, CA 90084-5059


Mozaik Surface Concepts, LLC
14761 S. Future Way Ste. 101
Draper, UT 84020


MSI Seattle
19624 62nd Ave S
Kent, WA 98032


National Funding
4380 La Jolla Village Dr
San Diego, CA 92121

Paige Mechanical
P.O. Box 170360
Boise, ID 83717


Quality Appliance Service
1524 NW 8th St, Suite B
Meridian, ID 83642


Ralstin, LLC
1676 N. Clarendon Way
Eagle, ID 83616


Rock Bottom Granite
5103 N Sawyer Ave
Garden City, ID 83714


Rogers Machinery Company
LB 1502, PO Box 35142
Seattle, WA 98124-5142


Royal Stone
112 N 700 W, #4B BAY 1
Ogden, UT 84404

Sawcutting Specialties
4224 W Chinden Blvd
Garden City, ID 83714


SelectHealth
PO Box 27368
Salt Lake City, UT 84127-0368


Signature Financial
PO Box 71278
Philadelphia, PA 19176-6278


Small Business EIDL
P.O. Box 3918
Portland, OR 97208-3918


Sparklight
PO Box 78000
Phoenix, AZ 85062


Stark Properties LLC
16835 Algonquin St. #344
Huntington Beach, CA 92649

T3 Enterprises, Inc
DBA Teply  Associates
P.O. Box 205
Melba, ID 83641


The Onhold Experience
18124 Wedge Parkway #454
Reno, NV 89511


Treasure Valley Coffee Inc
11875 President Dr
Boise, ID 83713


Turrini USA Corp
21 Croft Drive
Fountainville, PA 18923


URS Agents, LLC
3675 Crestwood Parkway
Suite 350
Duluth, GA 30096


Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

```
Washington Trust Bank
PO Box 2127
Spokane, WA 99210-2127


Williams Scotsman, Inc
PO Box 91975
Chicago, IL 60693-1975
```

# United States Bankruptcy Court
### District of Idaho

In re   **Advanced Marble & Granite, Inc**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Advanced Marble & Granite, Inc**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 21, 2024**

Date

**/s/ Patrick J. Geile**

**Patrick J. Geile**

Signature of Attorney or Litigant

Counsel for   **Advanced Marble & Granite, Inc**

**Foley Freeman, PLLC**
**953 S. Industry Way**
**Meridian, ID 83642**
**(208) 888-9111 Fax:(208) 888-5130**
**pgeile@foleyfreeman.com**