B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Idaho

In re  Advanced Marble & Granite, Inc  
Debtor(s)

Case No. _____  
Chapter  11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept  $ 30,000 / Hourly $360  
   Prior to the filing of this statement I have received  $ 30,000  
   Balance Due  $ _____

2. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____  
*Date*

Patrick J. Geile  
*Signature of Attorney*  
**Foley Freeman, PLLC**  
**953 S. Industry Way**  
**Meridian, ID 83642**  
**(208) 888-9111   Fax: (208) 888-5130**  
abennett@foleyfreeman.com  
*Name of law firm*

---

In re  Advanced Marble & Granite, Inc                                                                                          Case No.
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

Other Provisions:

**Negotiations with secured creditors to reduce to market value; exemption planning, review reaffirmation agreements and applications provided by creditor as needed; (agreements we prepare for client, preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods, claim disputes; judicial lien avoidance; relief from stay actions) are not included in the flat fee.**