TREVOR R. PINCOCK
ISB #8918
MICHAEL G. SCHMIDT
ISB #6911
LUKINS & ANNIS, P.S.
1600 Washington Trust Financial Center
717 W Sprague Ave
Spokane, WA  99201-0466
Telephone: (509) 455-9555
Facsimile: (509) 747-2323

Attorneys for Washington Trust Bank

Chapter 11

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:

ADVANCED MARBLE & GRANITE, INC.,

Debtor.

NO. 24-00390-NGH

Chapter 11
Subchapter V

**WASHINGTON TRUST BANK'S RESPONSE TO CASH COLLATERAL MOTION**

Washington Trust Bank, through its attorneys Trevor R. Pincock and Michael G. Schmidt of Lukins & Annis, P.S., state in response to Debtor's Emergency and Continuing Motion for Authorization to Use Cash Collateral (ECF 9) the following:

With an understanding that Debtor will open and utilize a debtor-in-possession deposit account at Washington Trust Bank, Washington Trust Bank has no objection to the Debtor's interim use of cash collateral as set forth in the Cash

**WASHINGTON TRUST BANK'S RESPONSE TO CASH COLLATERAL MOTION: 1**

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA  99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

6/28/24

Collateral Motion or to entry of the proposed Order attached as Exhibit G to the Cash Collateral Motion.

Washington Trust Bank does not stipulate that the information set forth in the Cash Collateral Motion is true and accurate.

Washington Trust Bank reserves all objections to Debtor's use of cash collateral on a final basis and to entry of a final order.

DATED this 28th day of June, 2024.

LUKINS & ANNIS, P.S.

By_____
TREVOR R. PINCOCK
ISB #8918
MICHAEL G. SCHMIDT
ISB #6911
Attorneys for Washington Trust Bank

**WASHINGTON TRUST BANK'S RESPONSE TO CASH COLLATERAL MOTION**: 2

LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

6/28/24