**Patrick J. Geile**
**FOLEY FREEMAN, PLLC**
**953 S. Industry Way**
**Meridian, Idaho 83642**
**Phone: 208.888.9111**
**Fax: 208.888.5130**
**Idaho State Bar No. 6975**
**E-mail:** pgeile@foleyfreeman.com

**Attorney for Debtor(s)**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 24-00390-NGH |
| **ADVANCED MARBLE & GRANITE, INC,** | Chapter 11<br>Subchapter V |
| Debtor(s). | PRE-STATUS CONFERENCE REPORT |

COMES NOW, the Debtor, Advanced Marble & Granite, Inc, by and through its counsel, Patrick J. Geile of the firm Foley Freeman, PLLC, and hereby files the Pre-Status Report pursuant to 11 U.S.C. § 1188(c) as follows:

1. Counsel for the Debtor has contacted Matthew W. Grimshaw, the Subchapter V Trustee and Trevor R. Pincock, Counsel for Creditor, Washington Trust Bank, the largest secured Creditor, has had initial discussions about the plan and plan treatment.

2. The Debtor and Counsel will continue to work with the interested parties in this case toward confirmation of a plan. At the time of this pre-status conference report, there have been no contested motions.

3. The Debtor hopes the plan will be confirmed without unresolved objections, although that will likely occur through a non-consensual plan.

**PRE-STATUS CONFERENCE REPORT- 1**

4. Counsel intends to hold a confirmation hearing on September 23, 2024, in hopes of getting the plan confirmed at that time.

DATED this 26th day of July, 2024.

FOLEY FREEMAN, PLLC

*/s/ Patrick J. Geile*
Patrick J. Geile
Counsel for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of July, 2024, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| Office of the U.S. Trustee<br>ustp.region18.bs.ecf@usdoj.gov | X | CM/ECF Notice |
| Matthew W. Grimshaw<br>Subchapter V Trustee<br>matt@grimshawlawgroup.com | X | CM/ECF Notice |
| Andrew Seth Jorgensen<br>United States Trustee Office<br>andrew.jorgensen@usdoj.gov | X | CM/ECF Notice |
| Trevor R. Pincock<br>Michael G. Schmidt<br>tpincock@lukins.com<br>mgs@lukins.com | X | CM/ECF Notice |
| Mike Mitchell<br>Assistant United States Attorney<br>District Of Idaho<br>mike.mitchell@usdoj.gov | X | CM/ECF Notice |
| Daniel C. Green<br>dan@racineolson.com | X | CM/ECF Notice |

*/s/ Patrick J. Geile*
Patrick J. Geile

PRE-STATUS CONFERENCE REPORT- 2